Certificate Number: 01401-PAM-DE-032418552

Bankruptcy Case Number: 19-00514


01401-PAM-DE-032418552

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 10, 2019, at 7:55 o'clock PM EDT, Shawn R Feather completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 10, 2019  By: /s/Jeremy_Lark

Name: Jeremy_Lark

Title: FCC Manager