```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                    Case No. 19-00514-HWV
Shawn R. Feather                                                          Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: REshelman              Page 1 of 1              Date Rcvd: Mar 25, 2019
                               Form ID: ntcnfhrg            Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db             +Shawn R. Feather,   516 West Main Street,   Palmyra, PA 17078-1508
5159252        +Commonwealth of Pennsylvania,   Bureau of Labor and Industry,
                 Office of Unemp Comp Tax Services OUCTS,   PO Box 60848,   Harrisburg, PA 17106-0848
5159253        +Freedom Mortgage Corp.,   10500 Kincaid Drive,   Fishers, IN 46037-9764
5159254        +Freedom Mortgage Corporation,   907 Pleasant Valley, Suite 3,   Mount Laurel, NJ 08054-1210
5159256        +KML Law Group, P.C.,   Mellon Independence Center,   701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5159255         E-mail/Text: cio.bncmail@irs.gov Mar 25 2019 19:33:55     Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA   19114
5159257         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2019 19:34:15
                 Pennsylvania Department of Revenue,   Dept. 280946,   ATTN: Bankruptcy Division,
                 Harrisburg, PA   17128-0946
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Shawn R. Feather tupdike@ssbc-law.com,
               ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Shawn R. Feather,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–00514–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**April 24, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 1, 2019 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: REshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 25, 2019 |

ntcnfhrg (03/18)