UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHAWN R. FEATHER | : | |
| Debtor | : | CASE NO. 1-19-00514-HWV |
| SHAWN R. FEATHER, | : | |
| Objector | : | |
| v. | : | |
| LVNV FUNDING, LLC | : | CLAIM NO. 1 |
| Claimant | : | |

**CERTIFICATE OF SERVICE**

    I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on April 17, 2019, a true and correct copy of the Objection to Proof of Claim No. 1 of LVNV Funding, LLC was served by certified mail and received by the following claim holder, per the attached certified green card:

[Certified mail return receipt (PS Form 3811) addressed to: LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587; Article Number 7005 3110 0002 1867 1178; signed by D. Reynolds; delivered APR 22 2019]

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
       Stacy A. Sollenberger

Date: April 26, 2019