```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                            Case No. 19-00514-HWV
Shawn R. Feather                                                  Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1      User: MMchugh         Page 1 of 1        Date Rcvd: May 21, 2019
                          Form ID: pdf010       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5178742        E-mail/PDF: resurgentbknotifications@resurgent.com May 21 2019 19:02:38      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Tracy Lynn Updike   on behalf of Debtor 1 Shawn R. Feather tupdike@ssbc-law.com,
            ssollenberger@ssbc-law.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| SHAWN R. FEATHER | CASE NO. 1-19-00514-HWV |
| Debtor | |
| SHAWN R. FEATHER, | |
| Objector | |
| v. | |
| LVNV FUNDING, LLC | CLAIM NO. 1 |
| Claimant | |

**ORDER**

Upon consideration of the Objection of Shawn R. Feather, the above named Debtor, to Claim No. 1 of LVNV Funding, LLC, it is

**HEREBY ORDERED** that such claim is disallowed in its entirety.

Dated: May 21, 2019

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (JH)