```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 19-00514-HWV
Shawn R. Feather                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman            Page 1 of 1           Date Rcvd: Oct 16, 2019
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
          +R. Miller Auto,    Attn: Payroll,   248 West Main Street,    Palmyra, PA 17078-1502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
          Brian C Nicholas    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Tracy Lynn Updike    on behalf of Debtor 1 Shawn R. Feather tlupdike@mette.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :   CHAPTER 13
                                                    :
SHAWN R. FEATHER                                    :
                                                    :   CASE NO. 1-19-00514-HWV
          Debtor                                    :

### AMENDED ORDER DIRECTED TO DEBTOR'S EMPLOYER

The Motion of the Debtor for a wage attachment order having come this day before the Court, it is:

**HEREBY ORDERED** that R. Miller Auto, Attn: Payroll, 248 West Main Street, Palmyra, Pennsylvania 17078, the employer of the Debtor, Shawn R. Feather, is hereby directed to deduct from the weekly salary of Shawn R. Feather the sum of $95.50 commencing October 2019, and to remit the same to Charles J. DeHart, III, Esquire, Chapter 13 Trustee, P.O. Box 7005, Lancaster, PA 17604.

**IT IS FURTHER ORDERED** that R. Miller Auto, shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

**IT IS FURTHER ORDERED** that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

Dated: October 16, 2019                    By the Court,

                                           _____
                                           Henry W. Van Eck, Bankruptcy Judge (JH)