## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    SHAWN R. FEATHER

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
        Movant

        SHAWN R. FEATHER

        Respondent(s)

CHAPTER 13

CASE NO:  1-19-00514-HWV

## CERTIFICATION OF DEFAULT

AND NOW on November 20, 2020, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of November 20, 2020, the Debtor(s) is/are $2045.00 in arrears with a plan payment having last been made on Oct 19, 2020

In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: November 20, 2020

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   SHAWN R. FEATHER

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
          Movant

CHAPTER 13

CASE NO:  1-19-00514-HWV

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on November 20, 2020, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

METTE, EVANS & WOODSIDE         SERVED ELECTRONICALLY
TRACY L UPDIKE, ESQUIRE
3401 N FRONT ST, PO BOX 5950
HARRISBURG, PA 17110-

SHAWN R. FEATHER         SERVED BY 1ST CLASS MAIL
516 WEST MAIN STREET
PALMYRA, PA 17078

United States Trustee
228 Walnut Street
Suite 1190         SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 20, 2020         Respectfully submitted,
                         <u>Liz Joyce</u>
                         for Charles J. DeHart, III, Trustee
                         Suite A, 8125 Adams Dr.
                         Hummelstown, PA 17036
                         Phone: (717) 566-6097
                         eMail: dehartstaff@pamd13trustee.com