# Notice Recipients

District/Off: 0314−1　　　User: AutoDocketer　　　Date Created: 11/25/2020
Case: 1:19−bk−00514−HWV　　　Form ID: pdf010　　　Total: 16

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Charles J DeHart, III (Trustee) | dehartstaff@pamd13trustee.com |
| aty | Brian C Nicholas | bnicholas@kmllawgroup.com |
| aty | James Warmbrodt | jwarmbrodt@kmllawgroup.com |
| aty | Mario J. Hanyon | mario.hanyon@brockandscott.com |
| aty | Thomas Song | pamb@fedphe.com |
| aty | Tracy Lynn Updike | tlupdike@mette.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Shawn R. Feather | 516 West Main Street　Palmyra, PA 17078 |
| 5159252 | Commonwealth of Pennsylvania | Bureau of Labor and Industry　Office of Unemp Comp Tax Services　OUCTS　PO Box 60848　Harrisburg, PA 17106−0127 |
| 5159253 | Freedom Mortgage Corp. | 10500 Kincaid Drive　Fishers, IN 46037 |
| 5186591 | Freedom Mortgage Corporation | 10500 Kincaid Drive　Fishers, IN 46037−9764 |
| 5159254 | Freedom Mortgage Corporation | 907 Pleasant Valley, Suite 3　Mount Laurel, NJ 08054 |
| 5159255 | Internal Revenue Service | PO Box 21126　Philadelphia, PA 19114 |
| 5159256 | KML Law Group, P.C. | Mellon Independence Center　701 Market Street, Suite 5000　Philadelphia, PA 19106 |
| 5178742 | LVNV Funding, LLC | Resurgent Capital Services　PO Box 10587　Greenville, SC 29603−0587 |
| 5159257 | Pennsylvania Department of Revenue | Dept. 280946　ATTN: Bankruptcy Division　Harrisburg, PA 17128−0946 |

TOTAL: 9